IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN L. SNOKE, | No. C 17-6951 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| STATE OF CALIFORNIA, | |
| Defendant. | |

Plaintiff, a state prisoner, filed a state court habeas petition in this court on December 5, 2018. On the same day, the clerk notified plaintiff that he must submit either the filing fee or a completed application to proceed in forma pauperis ("IFP"), and habeas petition using the form for a federal court. Along with these notices, the clerk mailed to plaintiff an IFP application, instructions, and a stamped return envelope, as well as the federal habeas form and instructions. Plaintiff was informed that the case would be dismissed if he did not either pay the fee or file the completed IFP application, and file a federal habeas petition, within 30 days. Plaintiff has written a letter, but he has not paid the fee, filed an IFP application, or filed a federal habeas petition, nor has he shown cause why not or or requested an extension of time. Accordingly, this case is **DISMISSED** without prejudice.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: January 23, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE